## Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**
- City: Sterling
- County: Loudoun

Under Seal: ☐
Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.:

Judge Assigned: AJT
Criminal No.: 21 cr 30
New Defendant:
Arraignment Date:
R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: Henry Gifford Eldredge
- Alias(es): Giff
- Juvenile ☐   FBI No.:
- Address: Media, PA
- Employment:
- Birth Date: xx/xx/1968
- SSN: xxx-xx-4896
- Sex: Male
- Race: Caucasian
- Nationality: United States
- Place of Birth:
- Height:
- Weight:
- Hair: Brown
- Eyes:
- Scars/Tattoos:
- Interpreter ☐   Language/Dialect:
- Auto Description:

**Location/Status:**
- Arrest Date:
- Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name: David Barger / Michael Engle
- Address: 1750 Tysons Blvd, Suite 1000; McLean, VA 22102
- Phone: 703-749-1307
- ☐ Court Appointed
- ☒ Retained
- ☐ Public Defender
- Counsel Conflicts:
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): Ryan Faulconer & Daniel Young
- Phone: 703-299-3700
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**
SA William Shores, NASA-OIG; SA Lee Bacon, SBA OIG

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 4 | Misprision of Felony | 1 | Felony |
| Set 2: | | | | |

Date: 3/2/21
AUSA Signature: [signed]

*may be continued on reverse*